JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYAN MARTIN MEZA,<br>   Petitioner,<br>  v.<br>DEAN BORDERS, Warden,<br>   Respondent. | Case No. 2:19-cv-01822-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing the Petition as untimely,

IT IS ADJUDGED that the Petition is dismissed with prejudice as untimely.

DATED: February 3, 2020

           *Karen E. Scott*
           KAREN E. SCOTT
           UNITED STATES MAGISTRATE JUDGE